Fred Rassaii
195 East San Fernando Street
San Jose, CA 95112
frassaii@live.com
Self-Represented

**FILED**

AUG 0 8 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Fred Rassaii | Case Number: 5:25-CV-05818 |
|---|---|
| Plaintiff | **Plaintiff's Response to Defendant's Response to the Court's Order to Show Cause as to Why Case Should not be Remanded Back to State Court** |
| v. | |
| Copart Inc. | |
| AAA Auto Sales Inc. | |
| Defendants | |

Plaintiff, Fred Rassaii, hereby responds to Defendant's response to Court's July 17, 2025, Order to Show Cause.

Plaintiff informs the court that because Defendant did not serve Plaintiff with a copy of its response to "Court's Order to Show Cause", Plaintiff became aware of Defendant's response to this 'Order' on August 08, 2025, at around 11:00 AM, when Plaintiff visited the Court's clerk's office.

Plaintiff informs this honorable Court that he is not an attorney and has no education in law or rules of the court. As a result, Plaintiff has, and will in the future, make unintentional legal and/or procedural mistakes in prosecuting this case. And for that Plaintiff sincerely apologizes to the court.

Although Plaintiff has made mistakes, unintentionally, in how to properly/legally serve the parties involved in this case, Plaintiff has, at the end, served all parties with the required documents according to the rules of the court.

Plaintiff respectfully asks the court to take judicial notice of the attached exhibit that shows that on July 07, 2025, Plaintiff did properly serve both defendant's Copart Inc. and AAA Auto Sales Inc. with copies of "Summons", "Complaint", "Civil Case Cover Sheet", "Declaration of Plaintiff in Support of", "Order Deeming Case Not Complex", two copies of "Notice and Acknowledgment of Receipt" and a postage prepaid addressed to the sender return envelope to each defendants. Both defendant's Acknowledged the receipt of the said documents by returning the return receipt to Plaintiff. The USPS service also confirms this delivery and receipt.

As the Court has already been informed by Plaintiff and Copart's attorney, the amount of loss of Plaintiff in this case is only **$10,672.89**. Hardly appropriate for the case to be moved to a federal court.

The Defendant's only reasoning for removing this case to the Federal District Court is that 'should Plaintiff succeed in his law suit and is awarded punitive damages, he could be awarded punitive damage amount of anywhere from 1-to-1 to 16-to-1, depending on the local jurisdiction'.

Where a plaintiff's complaint requests an indeterminate amount in damages, the "Court places a burden on a defendant seeking to remove an action to federal court to show by a **preponderance of the evidence** that the amount in controversy requirement has been met." *Hayes v. Equitable Energy Res. Co.*, 266 F.3d 560, 572 (6th Cir. 2001). "A defendant's claims of the amount in controversy must be supported by '**competent proof**,' which can include affidavits, documents, or interrogatories." *Ramsey v. Kearns*, 2012 U.S. Dist. LEXIS 22970, at *3 (E.D. Ky. Feb. 23, 2012) (citing *McNutt v. Gen. Motors Acceptance Corp.*, 298 U.S. 178, 189 (1936)).

Again, as the Court is aware, **the courts have repeatedly explained that defendants cannot simply point to the claim and contend that "any damages awarded under such a claim could total a large sum of money**." (Conrad Assocs. v. Hartford Acc. & Indem. Co. (N.D. Cal. 1998) 994 F.Supp. 1196, 1201.) **The "mere possibility of a punitive damages award is insufficient to prove that the amount in controversy requirement has been met**." (Hill v. Avis Budget Car Rental, LLC (C.D. Cal. Apr. 2, 2014) 2014 WL 1325556, at *3.)

As the courts have repeatedly ruled, <u>to establish that a punitive damages claim should be considered, the removing defendant must cite analogous cases in which punitive damages have been awarded.</u> (Conrad 994 F.Supp. at 1200-01; Villegas v. Ford Motor Co. (E.D. Cal. Apr. 28, 2023) 2023 WL 3144540, at 10.) <u>And for such cases to carry any weight, "the cases must be factually identical or, at a minimum, analogous to the case at issue.</u>" (Mireles v. Wells Fargo Bank, N.A. (C.D. Cal. 2012) 845 F.Supp.2d 1034, 1055.)

Plaintiff respectfully asserts that that the Defendant has improperly removed this action from Santa Clara County Superior Court. Plaintiff respectfully requests that this Court should immediately remand this case back to the California State Court, County of Santa Clara.

## VERIFICATION

I am the Plaintiff in this action; the foregoing complaint is true of my knowledge, except as to the matters stated on my information of belief, and as to those matters, I believe to be true. I declare under penalty of perjury under the laws of the State of California.

## PRAYER

For these reasons, Plaintiff prays that this honorable Court find that removal was improper, and this proceeding should be remanded back to Santa Clara County Superior Court from where it was removed.

Very Respectfully,

*/s/ Fred Rassaii*

Fred Rassaii
In Pro Per
Date: August 08, 2025

# Exhibit

1  Fred Rassaii
2  195 East San Fernando Street
3  San Jose, CA 95112
4  669-242-1725
5  frassaii@live.com
6  Self-Represented

FILED
JUL 07 2025
Clerk of the Court
Superior Court of CA County of Santa Clara
BY____J. NGUYEN____DEPUTY

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SANTA CLARA
CIVIL DIVISION

| Fred Rassaii | Case Number: 25CV464708 |
| Plaintiff | **Proof of Service** |
| v. | |
| Copart Inc. | |
| And | |
| AAA Auto Sales Inc. | |
| Defendants | |

DATED: July 7, 2025

*/s/ Fred Rassaii*

Fred Rassaii

pg. 1

PROOF OF SERVICE
Case #: 25CV464708

I, the undersigned, declare as follows:
I am a resident of San Jose, State of California. I am over the age of 18 years, and not a party to the within action. I am a private party whose mailing address is 195 East San Fernando Street, San Jose, CA 95112.

On July 7, 2025, I served the foregoing document(s): "Summons", "Complaint", "Civil Case Cover Sheet", "Declaration of Plaintiff in Support of", "Order Deeming Case Not Complex", two copies of "Notice and Acknowledgment of Receipt" and a postage prepaid addressed to the sender return envelope to the following party(ies)/addressed as follows:

Copart Inc.
14185 Dallas Parkway
Suite 400
Dallas, TX 75254

AAA Auto Sales Inc.
60 Asbury Road
Suite 150
Hackettstown, NJ 07840

PLEASE SEE ATTACHED SERVICE LIST

☒ *(BY MAIL)* I caused a true copy of each document, placed in a sealed envelope with First Class postage fully paid, certified, requiring a return receipt, to be placed in the United States mail in San Jose, California. I understand that the service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐ *(BY PERSONAL SERVICE)* I caused to be delivered each such document by hand to each addressee above.

☐ *(BY CERTIFIED MAIL)* I caused said document(s) to be deposited with the United States Mail, postage prepaid, return receipt requested, signed by addressee that said documents were received.

☐ *(BY OVERNIGHT DELIVERY)* I caused a true copy of each document, placed in a sealed envelope with delivery fees provided for, to be deposited in a box regularly maintained by United Parcel Service (UPS).

☐ *(BY FACSIMILE)* By use of facsimile machine. I served a copy of the within document(s) on the above interested parties by facsimile. The transmission was reported as complete and

without error. The transmission report was properly issued by the transmitting facsimile machine.

☐   *(BY ELECTRONIC SERVICE)* Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at their electronic notification addresses. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on July 7, 2025, in San Jose, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Bobby Nunez

*/s/ Bobby Nunez*

July 7, 2025

**USPS TRACKING #**

9590 9402 8823 4005 8661 94

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

Sender: Please print your name, address, and ZIP+4® in this box•

Fred Rassaii
195 East San Fernando St.
San Jose, CA 95112

JUL 2 7 2025

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AAA Auto Sales Inc.
60 Asbury Road #150
Hackettstown, NJ 07840

9590 9402 8823 4005 8661 94

2. Article Number: 9589 0710 5270 1204 2757 27

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Mourd_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
_Mourd_    7/14/25

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Copart Inc.
14185 Dallas Parkway
Suite 400
Dallas, TX 75254

9590 9402 8823 4005 8662 00

2. Article Number (Transfer from service label)

9589 0710 5270 1204 2757 10

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #




9590 9402 8823 4005 8662 00

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Fred Rassau
195 East San Fernando St.
San Jose, CA 95112





PROOF OF SERVICE
Case #: 25-CV-05818

I, the undersigned, declare as follows:
I am a resident of San Jose, State of California. I am over the age of 18 years, and not a party to the within action. I am a private party whose mailing address is 4950 Cherry Ave., San Jose, CA 95118.

On August 08, 2025, I served the foregoing document(s): "Plaintiff's Response to Defendant's Response to the Court's Order to Show Cause as to Why Case Should not be Remanded Back to State Court" to the following party(ies)/addressed as follows:

Borton Petrimi, LLP
C/O Dennis Avilucea
95 South Market Street
Suite 400
San Jose, CA 95113


AAA Auto Sales Inc.
60 Asbury Road
Suite 150
Hackettstown, NJ 07840

PLEASE SEE ATTACHED SERVICE LIST

☒   *(BY MAIL)* I caused a true copy of each document, placed in a sealed envelope with postage fully paid, to be placed in the United States mail in San Jose, California. I understand that the service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐   *(BY PERSONAL SERVICE)* I caused to be delivered each such document by hand to each addressee above.

☐   *(BY CERTIFIED MAIL)* I caused said document(s) to be deposited with the United States Mail, postage prepaid, return receipt requested, signed by addressee that said documents were received.

☐   *(BY OVERNIGHT DELIVERY)* I caused a true copy of each document, placed in a sealed envelope with delivery fees provided for, to be deposited in a box regularly maintained by United Parcel Service (UPS).

☐   *(BY FACSIMILE)* By use of facsimile machine. I served a copy of the within document(s) on the above interested parties by facsimile. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

☐ *(BY ELECTRONIC SERVICE)* Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at their electronic notification addresses. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on August 08, 2025, in San Jose, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Ernest Oliviera

*[signature: Ernest Oliviera]*

August 08, 2025